1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    ALI ALGHAZALI,                          Case No. 1:23-cv-01427-CDB

12                 Plaintiff,                  ORDER TO SHOW CAUSE WHY
                                               SANCTIONS SHOULD NOT BE IMPOSED
13           v.                                FOR FAILURE TO COMPLY WITH COURT
                                               ORDERS AND FAILURE TO PROSECUTE
14    NISSAN NORTH AMERICA, INC.,
                                               **TWO-DAY DEADLINE**
15                 Defendant.
                                               (Doc. 15)
16

17

18           On April 25, 2024, Plaintiff Ali Alghazali filed a notice of settlement of his claims against

19    Defendant Nissan North America, Inc. (Doc. 14).  The following day, the Court directed the parties

20    to file dispositional documents by no later than May 17, 2024, or at least five (5) days before that

21    date, show cause to extend the time for filing dispositional documents pursuant to Local Rule

22    160(b).  (Doc. 15).  The deadline to file dispositional documents has passed and the parties failed

23    to make any filing consistent with the Court's order.

24           Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

25    or with any order of the Court may be grounds for imposition by the Court of any and all

26    sanctions … within the inherent power of the Court."  Further, the Court has the inherent power to

27    control its docket and may, in the exercise of that power, impose sanctions where appropriate,

28    including dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir.

1    2000).

2    Based on the foregoing, IT IS HEREBY ORDERED that **within two (2) days of entry of**

3    **this Order**, the parties jointly shall show cause in writing why sanctions – up to and including

4    financial sanctions and dismissal of the action – should not be imposed for their failure to comply

5    with the Court's orders and failure to prosecute the action.  In the alternative, the parties may

6    comply with this Order by filing the requisite dispositional documents by that same deadline.

7    **Failure to comply with this Order will result in the imposition of sanctions.**

8    IT IS SO ORDERED.

9    Dated:   **May 20, 2024**                                   _____

10                                                                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2